**No. 11-201. John Kliesh, Petitioner v. Select Portfolio Servicing, Inc., et al.**

565 U.S. 1075, 132 S. Ct. 805, 181 L. Ed. 2d 516, 2011 U.S. LEXIS 8431.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 963, 132 S. Ct. 457, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7534.